IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| In re: | CASE NO. 15-05679 MCF |
|---|---|
| **LUZ M VAZQUEZ HERNANDEZ**<br>**aka LUZ M VAZQUEZ**<br>**aka LUZ M VAZQUEZ HERNANDEZ**<br>**Debtor** | CHAPTER 13<br><br>INDEX___<br><br>(x) of acts against property under<br>11 USC 362 (d) (2) |
| **FIRSTBANK PUERTO RICO**<br>**Movant**<br><br>V. | ( ) of other acts under 11 USC 362<br>(d) (1) |
| **LUZ M VAZQUEZ HERNANDEZ**<br>**aka LUZ M VAZQUEZ**<br>**aka LUZ M VAZQUEZ HERNANDEZ;**<br>**ALEJANDRO OLIVERAS RIVERA, as Trustee**<br>**Respondents** | ( ) of co-debtor stay under 11 USC 1201 (c)<br>(2) or 1301 (c) (2) |

### MOTION REQUESTING RELIEF FROM
### THE AUTOMATIC STAY

**TO THE HONORABLE COURT:**

**COMES NOW**, **FIRSTBANK PUERTO RICO**, through its undersigned attorneys and very

respectfully states and prays:

1. That jurisdiction is ascertained under 28 USC § 1334 & 28 USC § 157.

2. That on September 29, 2004 the above captioned Debtor, for value received,
subscribed a Note for the amount of $66,600.00 with interest at the annual rate of seven and
one fourth percent (6 1/4%). **(See: Exhibit I, Note)**

3. To guarantee the aforesaid Note, **Luz María Vázquez Hernández** the above
captioned Debtor subscribed a First Mortgage, Deed #193 in the amount of $66,600.00 plus
an additional amount of $6,660.00 for attorney's fees if the mortgagee had to file an action
in Court requesting the foreclosure of said mortgage. The before mentioned deed was

1

subscribed on September 29, 2004, before Notary Public Fernando Luis Meléndez López.

**(See: Exhibit II, Deed)**

### PROPERTY DESCRIPTION

**URBANA: parcela de terreno identificada como lote "F" quince (F-15) en el plano de inscripción localizado en la calle número uno (1) de la urbanización San Rafael, Barrio Tomas de Castro, Municipio de Caguas, Puerto Rico, con una cabida superficial de ciento noventa y ocho punto catorce metros cuadrados (198.14 mc) Colindando por el NORTE, en once metros lineales (11.00 M.L.) con la Urbanización Villas de Castro; por el SUR en once metros lineales (11.00m.l) con la calle número (1); por el ESTE, en dieciocho punto cero dos metros lineales (18.02 m.l.) con el Lote "F" guion catorce ()F-14); y por el OESTE, en dieciocho punto cero uno metros lineales (18.01 m.l.), con el lote "F" guion dieciséis (F-16) Enclava en este solar una estructura de hormigón reforzado y bloque de concreto para fines residenciales con las facilidades usuales. Se encuentra afecto a una servidumbre de paso a favor de la Autoridad de Energía Eléctrica a lo largo de la colindancia NORTE; el ancho de las mismas es de tres punto ochenta y un metros (3.81 m). En la misma colindancia NORTE, el solar tiene un área de talud de treintidós punto treintisiete metros cuadrados (32.37 m.c.)------------------**

**Finca número cuarenta y seis mil seiscientos (46,610) inscrita al folio ciento noventa y ocho (198) del tomo mil trescientos quince (1315) de Caguas, Registro de la Propiedad, Sección Primera de Caguas-------------------------------------------------------**

**Consta inscrita al folio "198" del tomo "1315" de Caguas, finca "46,410" del -- del Registro de la Propiedad de Puerto Rico, Sección I de Caguas--------------**

4.    That the herein Debtor, **Luz Maria Vázquez Hernández** is the owner of the mortgaged property according to the Title Study. **(See: Exhibit III)**

5.    That Debtor, **Luz María Vázquez Hernández,** has failed to comply with the terms and conditions of the aforesaid mortgage, and is in arrears since the month of June 1, 2016.

6.    Firstbank Puerto Rico is the current holder of the above described mortgage.

7.    That the principal actually owed by Debtor is in the amount of $61,032.43 plus interests accrued from June 1, 2016 in addition to pre-petition arrears. In addition, Debtor owes $210.50 in late charges, $300.00 for attorney's fees, and $176.00 of filing fees. **(See: Exhibit IV, Firstbank Puerto Rico)**

2

8.    That Debtor has failed to make payments to her mortgage since June 1, 2016. It is Movant's contention that said failure constitutes cause as stated in 11 USC§362 (d) (1). Based on the aforesaid the automatic stay should be lifted in favor of the herein movant.

9.    The Military Status Report Pursuant to the Service Members Civil Relief Act of 2003 has been included as **Exhibit V.**

10.    That **Mr. Alejandro Oliveras Rivera, Esq.,** has been appointed Trustee of Debtor's estate and neither him, nor Debtor has provided adequate protection to the herein secured creditor.

11.    Therefore, through this motion, relief from the stay of an act against property is being sought.

**WHEREFORE,** and in view of the aforesaid, it is hereby respectfully requested that an Order be entered granting relief from the automatic stay, allowing the herein secured creditor to commence or continue with the appropriate State or Federal foreclosure proceeding against the property at bar.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to of such filing to: **Mr. Alejandro Oliveras Rivera, Esq**. Chapter 13 Trustee, PO Box 9024062, San Juan PR 00902-4062**; Ms. Monsita Lecaroz Arribas, Esq.,** Office of the U.S. Trustee, Ochoa Building, 500 Tanca Street, Suite 301, San Juan, PR 00901; **Debtor's attorney Mr. Roberto Figueroa Carrasquillo** PO Box 186, Caguas PR 00726-0186 Email:cmecf@rfclawpr.com and to **Ms. Luz Maria Vazquez Hernandez**, Urb. San Rafael F 15  Calle 1, Caguas PR 00725 and to all non participants of CM/ECF.

In San Juan, Puerto Rico this 18th day of October of 2016.

**/s/ F. DAVID GODREAU ZAYAS**
**USDC NO. 123207**
**COUNSEL FOR FIRSTBANK PR**
**GODREAU & GONZALEZ, LLC.**
**PO Box 9024176**
**San Juan, PR 00902-4176**
**Email:dg@g-glawpr.com**
**Tel: (787) 726-0077**

```
.......................................... NOTE ..........................................
.......................................... PAGARE ..........................................
```

San Juan , Puerto Rico

US$  66,600.00                                    September 29, 2004

FOR VALUE RECEIVED, the undersigned ("Borrower") promise(s) to pay   DORAL BANK -----------
Por valor recibido , el (los) suscribiente (s) ("Deudor") promete (n) pagar a   --------------------------------
or order the principal sum of  $66,600.00  SIXTY SIX THOUSAND SIX HUNDRED ----------
o a su orden la suma principal de ............................................................................
------------------------------------------------------------ Dollars, with interest on the unpaid
............................................................................ Dólares, con intereses sobre el balance
principal balance from the date of this Note, until paid, at the rate of  SEVEN AND ONE FOURTH ----
insoluto de principal desde la fecha de este Pagaré hasta su pago a razón de ...........................................
---------- 7.250% percent per annum. Principal and interest shall be payable at San Juan, Puerto Rico
...................................................... por ciento anual. El principal e intereses serán pagaderos en San Juan Puerto Rico
or such other place as the Note holder may designate in writing, in consecutive monthly installments of
o en cualquier otro lugar que el tenedor de este Pagaré indique por escrito,  en plazos  mensuales y consecutivos de
FOUR HUNDRED FIFTY FOUR DOLLARS WITH THIRTY THREE CENTS --------------
------------------------------------------------------------
Dollars(US$ ---454.33 ------), on the first day of each month beginning the first of  November ----
Dólares (US $ ==========), en el primer día de cada mes  comenzando el 1ro. de ·················
2004 until the entire indebtedness evidence hereby is fully paid, except that any remaining indebtedness
............ Hasta que se pague totalmente  la deuda evidenciada  por el presente, excepto que la deuda restante,
If not sooner paid, shall be due and payable on the first day of  October 2034 ---------------------
si no antes pagada quedara vencida y pagadero en el día primero de ............................................
If any monthly installment under this Note is not paid when due and remains unpaid after a date
Si cualquier plazo mensual bajo este Pagaré no es pagado cuando venza y permanece impagado luego de la fecha
specified by a notice to Borrower, the entire principal amount outstanding and accrued interest thereon
especificada en la notificación al Deudor, la suma total de principal pendiente de pago e intereses acumulados sobre la misma
shall at once become due and payable at the option of the Note holder. The date specified shall not be less
quedarán inmediatamente vencidos y pagaderos a opción del tenedor de este Pagaré. La fecha especificada no será anterior
than thirty days from the date such notice is mailed. The Note holder may exercise this
a treinta días a partir de la fecha de envío por correo de dicha notificación. El tenedor de este Pagaré podrá ejercitar esta
option to accelerate during any default by Borrower regardless of any prior forbearance.
opción de aceleración durante cualquier incumplimiento del Deudor, no empece cualquier indulgencia de morosidad anterior
If suit is brought to collect this Note, the Note holder shall be entitled to collect in such
De radicarse procedimiento judicial para el cobro de este Pagaré, el tenedor de este pagaré tendrá derecho a cobrar en dicho
proceeding the agreed and liquidated amount of ten per cent of the original principal amount hereof to
procedimiento la suma pactada y líquida de diez por ciento de la suma original de principal del presente para
cover costs and expenses of suit, including but not limited to, attorney's fees. . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
cubrir las costas y gastos de dicho procedimiento, incluyendo sin implicar limitación, honorarios de abogados. . . . . . . . . . . . . . . . . . . . . . . . . . .
Borrower shall pay to the note holder a late charge of 5 percent of any
El deudor pagará al tenedor de este Pagaré un cargo por pago atrasado de 5 por ciento de cualquier plazo
monthly installment not received by the Note holder within Fifteen days after the installment
mensual que no sea recibido por el tenedor de este pagaré dentro de Quince días después de la fecha de vencimiento de
is due. Borrower may prepay the principal amount outstanding in whole or in part. The Note
dicho plazo. El deudor podrá pagar por el anticipado la totalidad o parte del balance insoluto de principal. El tenedor de este
holder may required that any partial prepayments (i) be made on the date monthly installments
Pagaré podrá requerir que cualesquiera pagos parciales (i) sean hechos en la fecha en que venzan plazos
are due and (ii) be in the amount of that part of one or more monthly installments which would
mensuales  y (ii) sean  en la  cuantía  de aquella  parte  de uno  o  más  plazos  mensuales  que
be applicable to principal. Any partial prepayment shall be applied against the principal amount
sería aplicable a principal. Cualquier pago parcial por anticipado será aplicado contra el
outstanding and shall not postpone the due date of any subsequent monthly installments or
principal insoluto y no pospondrá la fecha de vencimiento de cualquier plazo mensual subsiguiente ni
change the amount of such installments, unless the Note holder otherwise agree in writing.
cambiará el monto de dichos plazos a menos que el tenedor de este Pagaré acuerde lo contrario por escrito.
............................................................ If within five years from the date ..............................
............................................ Si, dentro de cinco años desde la fecha ........................
_____of this Note, the undersigned makes any prepayments in any twelve month period beginning with the_____
_____de este Pagaré , los suscribientes hacen cualquier pago  anticipado en cualquier período de doce  meses comenzando con la__

PUERTO RICO -1 to 4 family--6/76--FNMA/FHLMC UNIFORM INSTRUMENT

date of this Note or anniversary dates thereof ("loan year") with money lent to the undersigned by a
*fecha de esto Pagaré o la de sus aniversarios ("año de préstamo") con dineros prestados a los suscribientes por un*

lender other than the holder hereof, the undersigned shall pay the holder hereof (a) during the 1st
*prestador que no sea el tenedor del presente, los suscribientes pagarán al tenedor del presente (a) durante el 1er.*
loan year _____3_____ percent of the total amount prepaid made during any such loan year;
*año del préstamo _____3_____ por ciento de la cuantía por el cual el total de los pagos anticipados hechos durante tal año;*

(b) during the 2nd. and 3rd. loan year_____2_____ percent of the total amount prepaid
*(b) durante 2do. y 3er. año del préstamo _____2_____ por ciento de la cuantía total de los*
during each corresponding loan year; and, (c) during fourth and fifth loan year,
*durante cada corresponding loan year; and, (c) durante el 4to y 5to año del préstamo*
pagos anticipados hechos en durante cada año correspondiente; y (c) durante el total prepaid during each corresponding year.
_____1_____ por. ciento de la cuantía total de los pagos anticipados hechos durante cada año correspondiente.

Presentment, notice of dishonor and protest are hereby waived by all makers
*Por la presente se renuncian los derechos de presentación, aviso de rechazo, y protesto por todos los otorgantes,*
sureties, guarantors and endorsers hereof. This Note shall be the joint and several obligation of all
*fiadores, garantizadores y endosantes del presente. Este Pagaré constituye obligación solidaria de todos sus*
makers, sureties, guarantors and endorsers, and shall be binding upon them and their heirs,
*otorgantes, fiadores, garantizadores y endosantes y les obliga así como a sus herederos,*
personal representatives, successors and assigns. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
*representantes personales y cesionarios. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .*
Any notice to Borrower provided for in this Note shall be given by mailing such notice by
*Cualquier notificación al Deudor dispuesta en este Pagaré deberá ser enviada por*
certified mail addressed to Borrower at the Property Address stated below, or to such other address as
*carta certificada dirigida al Deudor a la Dirección de la Propiedad que abajo se indica, o a cualquier otra dirección que*
Borrower may designate by notice to the Note holder. Any notice to the Note holder shall be
*el Deudor designe mediante notificación al tenedor de este Pagaré. Cualquier notificación al tenedor de este Pagaré deberá ser*
given by mailing such notice by certified mail, return receipt requested, to the Note holder at the address
*enviada por correo certificado, con acuse de recibo, al tenedor de este Pagaré a la dirección*
stated in the first paragraph of this Note, or at such other address as may have been designated by notice
*indicada en el primer párrafo de este Pagaró, o a cualquier otra dirección que se haya subsiguiente notificación*
to Borrower. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
*al Deudor.*
The indebtedness evidenced by this Note is secured by a Mortgage, dated of even date herewith,
*La deuda evidenciada por este Pagaró está garantizada por una Hipoteca, de fecha igual a la del presente*
on property as indicated in Deed number ㅋㅋㅋ193----------before the subscribing Notary. . . . . .
*sobre propiedad según indicada en la Escritura número --------------------- ante el Notario suscribiente. . . . . . . . . . . .*

LUZ M VAZQUEZ HERNANDEZ a.k.a.
Luz María Vazquez Hernández

LOT F-15, 1rst. STREET, SAN

RAFAEL DEV.,

CAGUAS, PUERTO RICO 00725

Pay to the order of:
Without Recourse
First Bank Puerto Rico

Authorized by: Jay Chasaldue, VP

Affidavit Number: 335

(Execute Original Only)
(Otórguese el Original Únicamente)

Acknowledged and subscribed before me by the above signatories, of the personal
*Reconocido y suscrito ante mí por los arriba firmantes, de las circunstancias*
circumstances contained in the Mortgage deed herein before described, whom I have identified as
*personales que se relacionan en la antes descrita escritura de hipoteca y a quienes he identificado según se*
expressed also in said deed. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
*expresa en la misma escritura. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .*

Pay to the order of
FIRST BANK OF PUERTO RICO
without recourse
HF Mortgage Bankers a division of
Doral Financial Corporation
By:
Authorized Signature
Date:

NOTARIO
Puerto Rico

Pay to the order of
DORAL FINANCIAL CORP.
without recourse.
Doral Bank
By
José Manuel Ruiz- AVP
Authorized Signature
Date:

EXHIBIT II

—DEED NUMBER: ONE HUNDRED NINETY THREE (193)--------
---ESCRITURA NUMERO:-----------------------------------

-------------------------FIRST MORTGAGE----------------------
----------------------------PRIMERA HIPOTECA------------------------

----In the City of    San Juan --------------, Puerto Rico,----
----En la Ciudad de---------------------------------,Puerto Rico.---------

this twenty nine (29)-----day of    September ---------
hoy día ------------------------------------ de-------------------------------

two thousand four (2004).-----------------------------

---------------------------BEFORE ME----------------------------
-----------------------------ANTE MI----------------------------------

----FERNANDO LUIS MELENDEZ LOPEZ -------, a Notary Public
-----------------------------------------------------, Notario Publico

in Puerto Rico, with residence in the City of    Bayamón, -------
En Puerto Rico con residencia en la Ciudad de----------------------

Puerto Rico and offices in the City of San Juan,-------------Puerto Rico
Puerto Rico y oficina en la Ciudad de San Juan, -------------------Puerto Rico

-------------------------------APPEAR--------------------------------
------------------------------COMPARECEN----------------------------

------The Person (s) mentioned in paragraph SEVENTH hereof (herein
------La (s) persona (s) mencionada (s) en el párrafo SEPTIMO (en adelante

"Borrower").-------------------------------------------------------------
"el Deudor").------------------------------------------------------------

------I, the Notary, hereby certify that I know the appearing parties
------Yo, el Notario, por la presente certifico que conozco a los comparecientes

herein and through their statements as to their ages, civil status,
y    por    sus    dichos    de    sus    edades,    estados    civiles,

occupations and residences. They assure me that they have, and in my
ocupaciones  y  residencias. Ellos me aseguran que tienen, y a mi

judgement they do have, the necessary legal capacity to execute this
juicio    tienen,    la    capacidad    legal    necesaria    para  otorgar    esta

deed; wherefore they freely--------------------------------------------
escritura; por tanto libremente------------------------------------------

------------------------------STATE AND COVENANT--------------------------
-------------------------------DECLARAN Y CONVIENEN----------------------

------FIRST: That Borrower is owner of the property described in
------PRIMERO: Que el Deudor es dueño de la propiedad descrita en


PUERTO RICO--- 1 to 4 Family---6775 FNMA/FHLMC UNIFORM INSTRUMENT



paragraph FIFTH hereof ( herein "Property" ) and has the
el párrafo QUINTO de la presente (en adelante "la Propiedad" ) y que tiene el

right to mortgage said Property, that the Property is unencumbered,
derecho de hipotecar dicha Propiedad, que la Propiedad se halla libre de cargas

and that Borrower will warrant and defend the title to said
y gravámenes y que el Deudor garantiza y defenderá su título a dicha

Property against all claims and demands, subject to any declarations,
Propiedad contra toda reclamación y demanda, sujeto a cualquier declaración,

easements or restrictions listed in a schedule of exceptions to coverage
servidumbre o restricción detallada en la lista de excepciones a cubierta

in any title insurance policy insuring the interest in the Property
cualquier póliza de seguro de título que asegure el interés en la Propiedad

of the Lender mentioned in paragraph EIGHTH hereof (herein
del Prestador mencionado en el párrafo OCTAVO de la presente (en adelante

"Lender").————————————————————————————————
"el Prestador")————————————————————————————————

----SECOND: That Borrower is indebted to Lender in the
------------SEGUNDO: Que el Deudor adeuda al Prestador la

principal sum of   SIXTY SIX THOUSAND SIX HUNDRED DOLLARS
suma principal de ——————————————————————————————

($66,600.00)----------------------------------------

with interest thereon at the rate of   SEVEN AND ONE FOURTH---
con interés sobre la misma a razón del——————————————————

percent ( --7.25---%) per annum, which indebtedness is evidenced
por   ciento  (—————————%)  anual,  cuya  deuda  está  evidenciada



by a certain note payable to Lender, or to its order, dated the same
por un pagaré pagadero al Prestador, o a su orden, fechado en la misma

date of this deed, under affidavit "---335", before the Suscribing Notary
fecha de esta escritura, bajo affidavit número "-------------", ante el fedatario.———

(herein the "Note" ) providing for monthly installments of
(en adelante "el Pagaré") en el cual se dispone para el pago de plazos mensuales de

principal and interest with the balance of the indebtedness, if not
principal  e  intereses  con  el  balance  de  la  deuda,  si  no  ha  sido

sooner paid, due and payable on the first day of  OCTOBER OF ---
antes satisfecho, vericadero y pagadero el——————————————————

two thousand   THIRTY FOUR (2034).------------------



-------THIRD: To secure to Lender or to the holder by endorsement of
------------TERCERO: Para garantizar al Prestador o al tenedor por endoso del

the note (a) the repayment of the indebtedness evidenced by the Note,
Pagaré (a) el pago de la deuda evidenciada por el Pagaré,

with interest thereon, (b) the performance of the covenants and
con  sus  intereses,  (b)  el  cumplimiento  de  los  pactos  y

2

agreements of Borrower herein contained, (c) an amount of ten percent
convenios del Deudor aquí contenidos, (c) una suma equivalente al diez por ciento

of the original principal amount of the Note to cover costs, expenses and
de la cuantía original del principal del Pagaré para cubrir costas, gastos y

attorney's fees in the event the holder of the Note is required to
honorarios de abogado en caso de que el tenedor del Pagaré tenga que

foreclose this Mortgage or seek judicial collection, or collection
ejecutar esta Hipoteca o recurrir a procedimiento judicial para su cobro, o su cobro

in any proceeding in bankruptcy of the Borrower, which amount shall
en cualquier procedimiento en quiebra del Deudor, cuya suma será

be considered liquid and payable by the sole act of filing the complaint
consideradas líquidas y exigibles por el solo acto de la radicación de la demanda

and shall be in addition to the principal amount of the Note, (d) an
y seré en adición al principal del Pagaré, (d) una

amount of ten percent of the original principal amount of the Note
suma equivalente al diez por ciento de la cuantía original del principal del Pagaré

to cover any other advances which may be made under this Mortgage
para cubrir cualquier otro anticipo que pueda hacerse bajo esta Hipoteca,

and (e) an amount of ten percent of the original principal amount of the
y (e) una suma equivalente al diez por ciento de la cuantía original del principal del

Note to cover interest in addition to that secured by law, Borrower
Pagaré para cubrir intereses en adición a los garantizados por ley, el Deudor

does hereby create a voluntary first mortgage on the Property. In the
por la presente constituye primera hipoteca voluntaria sobre la Propiedad. En caso

event this Mortgage is not recorded at the Registry with the agreed
de que esta Hipoteca no sea inscrita en el Registro de la Propiedad con el

rank, the same shall constitute a default hereunder entitling
rango convenido, ello constituirá un incumplimiento, bajo la presente facultando al

Lender to the remedies provided in paragraph 18 hereof. ---------
Prestador a los remedios dispuestos en el párrafo 18 de la presente.--------

--FOURTH: Borrower and Lender further convenant and agree
-----CUARTO: El Deudor y el Prestador pactan y convienen, además,

as follows:---
lo siguiente:--

-----1. Payment of Principal and Interest. Borrower shall promptly pay
-----1. Pago de Principal e Intereses. El Deudor pagará puntualmente

when due the principal and interest on the indebtedness evidenced
cuando venzan, el principal e intereses de la deuda evidenciada

by the Note, prepayment and late charges provided in the
por el Pagaré, y los cargos por pago anticipado y retardado según dispuesto en el

Note. ---
--Pagaré. --

-----2. Funds for Taxes and Insurance. Subject to applicable law
-----2. Fondos para Contribuciones y Seguros. Sujeto a las disposiciones de ley

or to a written waiver by Lender, Borrower shall pay to Lender
aplicables o a renuncia escrita del Prestador, el Deudor pagará al Prestador

3

in favor of and in form acceptable to Lender. Lender shall have the
a favor de y en forma aceptable al Prestador. El Prestador tendrá el

right to hold the policies and, renewals thereof, and Borrower
derecho de poseer las pólizas y sus renovaciones y el Deudor

shall promptly furnish to Lender all renewal notice and
suministrará al Prestador inmediatamente todas las notificaciones de renovación y

all receipts of paid premiums. In the event of loss, Borrower shall
give todos los recibos de primas pagadas. En caso de pérdida, el Deudor dará

prompt notice to the insurance carrier and Lender, and Lender may
notificación inmediata al asegurador y al Prestador, y el Prestador podrá

make proof of loss if not made promptly by Borrower.------------------
hacer la prueba de pérdida si el Deudor no lo hace inmediatamente.------

------------Unless Lender and Borrower otherwise agree in writing,
------------A menos que el Prestador y el Deudor acuerden lo contrario por escrito,

insurance proceeds shall be applied to restoration or re-
las indemnizaciones provenientes de seguros serán aplicadas a la restauración o re-

pair of the Property damaged, provided such restoration or
paración de la Propiedad afectada, bajo condición de que dicha restauración o

repair is economically feasible and the security of this Mortgage is not
reparación sea económicamente factible y la garantía de esta Hipoteca no quede

thereby impaired. If such restoration or repair is not economically
por ello menoscabada. Si tal restauración o reparación no fuere económicamente

feasible of if the security of this Mortgage would be impaired, the
factible o si la garantía de esta Hipoteca fuere menoscabada, las

insurance proceeds shall be applied to the sums secured
indemnizaciones provenientes de seguros, serán aplicadas a las sumas garantizadas

by this Mortgage, with the excess, if any, paid to Borrower. If the Prop-
por esta Hipoteca, y el exceso, si alguno, pagado al Deudor. Si la Pro-

erty is abandoned by Borrower or if Borrower fails to respond to Lender
piedad es abandonada por el Deudor, o si el Deudor dejare de responder al Prestador

within thirty (30) days from the date notice is mailed
dentro de treinta (30) días a partir de la fecha de envío por correo de notificación por

by Lender to Borrower that the insurance carrier offers to settle a claim
el Prestador al Deudor de que el asegurador ofrece transigir una reclamación

for insurance benefits, Lender is authorized to collect and apply the
de beneficios de seguro, el Prestador queda autorizado a cobrar y aplicar las

insurance proceeds at Lender's option either to restoration or
indemnizaciones provenientes de seguro a opción del prestador a la restauración o

repair of the Property or to the sums secured by this Mortgage.-----
reparación de la Propiedad o a las sumas aseguradas por esta Hipoteca.-

----Unless Lender and Borrower otherwise agree in writing, any
A menos que el Prestador y Deudor acuerden lo contrario por escrito, cualquier

such application of proceeds to principal shall not extend or post-
tal aplicación de las indemnizaciones a principal no actuará para extender o pos-

pone the due date of the monthly installments referred to
poner la fecha de vencimiento de los plazos mensuales a los cuales se hace referencia



B

in paragraphs 1 and 2 hereof or change the amount of such installments.
en los párrafos 1 y 2 de la presente cambiar el monto de dichos plazos.

-- If under paragraph 18 hereof the Property is acquired by Lender,
---Si bajo el párrafo 18 de la presente la Propiedad es adquirida por el Prestador,

all right, title and interest of Borrower in and to any insurance policies
todo derecho, título e interés del Deudor en y sobre cualesquiera pólizas de seguros

and in and to the proceeds thereof resulting from, damage to the
y en y sobre los fondos provenientes de las mismas como resultado de daños a la

Property prior to the sale or acquisition shall pass to Lender to the
Propiedad anteriores a la venta o adquisición pasarán al Préstador hasta el

extent of the sums secured by this Mortgage immediately prior to such
monto de las sumas aseguradas por esta Hipoteca inmediatamente antes de dicha

sale or acquisition.------------------------------------------------------------
venta o adquisición.------------------------------------------------------------

------6. Preservation and Maintenance of Property; Condominiums;
------6.   Conservación y Mantenimiento de la Propiedad; Condominios;

Planned Unit Developments. Borrower shall keep the Property in good
Proyectos de Unidades Planificadas. El Deudor mentendrá la Propiedad en buen

repair and shall not commit waste or permit impairment or deterioration
estado de reparación y no permitirá ni causará deterioro o menoscabo

of the Property if this Mortgage is on a unit in a condominium or a
a la Propiedad. Si esta Hipoteca es sobre una unidad en un condominio o un

planned unit development, or if Borrower is a member of any other
proyecto de unidades planificadas, o si el Deudor es un miembro de cualquier otra

type of association wherein property is jointly owned or administered
clase de régimen mediante el cual la propiedad se posee o administre en común

and obligations for maintenance thereof arise in the Borrower,
y surjan obligaciones para el Deudor respecto a su mantenimiento

Borrower shall perform all of Borrower's obligations under the declara-
el Deudor cumplirá con todas las obligaciones del Deudor bajo la declara-

tion or covenants creating or governing the condominium or
ción o convenios que establecen o gobiernan el condominio o

planned unit development, the by-laws and regulations of the condo-
proyecto de unidades planificadas, las reglas y los reglamentos del condo-

minium or planned unit development, and constituent documents, or
minio o proyecto de unidades planificadas y los documentos constituyentes, o

arising from Borrower's membership in such association.----------------
que surgan de la condición de miembro del Deudor en dicha asociación-----------

--7. Protection of Lender's Security. If Borrower fails to perform -
---7. Protección de la Garantía del Prestador. Si el Deudor dejare de cumplir

the covenants and agreements contained in this Mortgage, or if
los  pactos  y  convenios  contenidos  en  esta  Hipoteca,  o  si

any action or proceeding is commenced which materially affects
se comenzare alguna acción o procedimiento que materialmente afecte

Lender's interest in the Property, including, but not limited to,
el interés del Prestador en la Propiedad, incluyendo, sin implicar limitación,

9

eminent domain, insolvency, enforcement of regulations of the
de expropiación, insolvencia, ejecución de reglamentación de la

Planning Board of Puerto Rico or arrangements or
Junta de Planificación de Puerto Rico o concurso de acreedores o

Proceedings involving a bankrupt, or decedent, then Lender
procedimientos relacionados con un quebrado o un causante, el Prestador

at Lender's option, upon notice to Borrower, may make such
a opción del Prestador, previa notificación al Deudor, podrá hacer aquellas

appearances, disburse such sums and take such action as is necessary
Comparecencias, desembolsos de dinero y tomar cualquier acción que sea necesaria

to protect Lender's interest, including, but not limited to,
para proteger el interes del Prestador incluyendo, sin implicar. limitación,

disbursement of reasonable attorney's fees and entry upon the Property
desembolso de honorarios razonables de abogado y entrar a la Propiedad

to make repairs.————————————————————————
para efectuar reparaciones.————————————————————

—If Lender required mortgage insurance as a condition of making
——Si el prestador requirió seguro hipotecario como condición para hacer

the loan secured by this Mortgage, Borrower shall pay the premiums
el préstamo garantizado por esta Hipoteca, el Deudor pagará las primas

required to maintain such insurance in effect until such time
requeridas para mantener en vigor dicho seguro hasta que expire el término durante

as the requirement for such insurance terminates in accordance with
el cual debe mantenerse en vigor dicho seguro de acuerdo con

Borrower's and Lender's written agreement or applicable law. Borrower
el convenio escrito entre el Prestador y Deudor o la ley aplicable. El Deudor

shall pay the amount of all mortgage insurance premiums in the
pagará el monto de todas las primas del seguro hipotecario según

manner provided under paragraph 2 hereof.————————————
dispuesto en el párrafo 2 de la presente.————————————————

——-Any amounts disbursed by, Lender pursuant to this
——Cualesquiera sumas desembolsadas por el Prestador bajo las disposiciones de este

paragraph 7, with interest thereon, shall become additional indebtedness
párrafo 7, con intereses sobre las mismas, serán deuda adicional

of Borrower secured by this Mortgage. Unless Borrower and Lender
del Deudor garantizada por esta Hipoteca. A menos que Deudor y Prestador

agree to other terms of payment, such amounts shall be payable
convengan otros terminos de pago, dichas sumas serán pagaderas

upon notice from Lender to Borrower requesting payment thereof,
inmediatamente que el Prestador notifique al Deudor requiriendo pago de las mismas,

and shall bear interest from the date of disbursement at the rate
y devengarán intereses a partir de la fecha de desembolso al tipo

payable from time to time on outstanding principal under the Note
pagadero de tiempo en tiempo sobre el principal adeudado bajo el Pagare

unless payment of interest at such rate would be contrary to
excepto cuando el pago de dicho interés a razón de dicho tipo resulte contrario a



10

applicable law, in which event such amounts shall bear interest at
ley aplicable, en cuyo caso dichas sumas devengarán intereses al

the highest rate permissible under applicable law. Nothing contained in
tipo 'más alto permisible'bajo la ley aplicable. Nada de lo expresado en

this paragraph 7 shall require Lender to incur any expense or take
este párrafo 7 requerirá del Prestador que incurra en ningún gasto o tome

any action hereunder.—————————————————————————
acción alguna bajo el mismo.—————————————————————

——8. Inspection. Lender may make or cause to be made
——8. Inspección. El Prestador · podrá hacer o causar que se hagan

reasonable entries upon and inspections of the Property, provided that
entradas razonables a, e inspecciones de la Propiedad, disponiéndose que

Lender shall give Borrower notice prior to any such inspection speci-
el Prestador dará notificación previa al Deudor de tales inspecciones especi-

fying reasonable cause therefor related to Lender's interest in
ficando causa razonable para las mismas relacionadas con el interés del Prestador en

the Property.——————————————————————————
la Propiedad.——————————————————————————

——9. Condemnation. The proceeds of any award or claim
——9. Expropiación. Los fondos provenientes de cualquier laudo o reclamación

for damages, direct or consequential, in connection with any condemna-
por daños, directos o emergentes, en relación con cualquier expropia-

tion or other taking of the Property, or part thereof, or for coveyance
ción o enajenación forzosa de la Propiedad, o parte de la misma, o por traspaso

in lieu of condemnation, are hereby assigned and shall be paid to
en lugar de expropiación, quedan por la presente cedidos y serán pagados al

Lender.———————————————————————————————
Prestador.—————————————————————————————

——In the event of a total taking of the Property, the
——En caso de enajenación forzosa total de la propiedad, los

proceeds shall be applied to the sums secured by this Mortgage,
fondos provenientes serán aplicados a las sumas garantizadas por esta Hipoteca,

with the excess, if any, paid to Borrower. In the event of a
y el exceso, si alguno, pagado al Deudor. En caso de una

partial taking of the Property, unless Borrower and Lender
enajenación forzosa parcial de la Propiedad, a menos que el Deudor y el Prestador

otherwise agree in writing, there shall be applied to the sums secured
acuerden por escrito lo contrario, se aplicará a las sumas garantizadas

by this Mortgage such proportion of the proceeds as is equal to that
por esta Hipoteca tal proporción de los fondos provenientes que equivalga a la

proportion which the amount of the sums secured by this Mortgage
proporción que el monto de las sumas aseguradas por esta Hipoteca

immediately prior to the date of taking bears to the fair market value
inmediatamente antes de la fecha de enajenación forzosa guarde al valor en el mercado

of the Property immediately prior to the date of taking, with the
de la Propiedad inmediatamente antes de la fecha de la enajenación forzosa, y el

11

balance of the proceeds paid to Borrower.----------------------------
balance de dichos fondos serán pagaderos al Deudor.----------------------

------If the Property is abandoned by Borrower or if, after
------Si la Propiedad es abandonada por el Deudor, o si después

notice by Lender to Borrower that the condemnor offers to make
que el Prestador notifique al Deudor que el expropiante ofrece hacer

an award or settle a claim for damages, Borrower fails to respond
un laudo o transigir una reclamación por daños, el Deudor dejare de responder

to Lender within thirty (30) days of the date
al Prestador dentro del término de treinta (30) días a partir de la fecha de

such notice is mailed, Lender is authorized to collect and apply
envío por correo de dicha notificación, el Prestador queda autorizado a cobrar y aplicar

the proceeds at Lender's option either to restoration or repair of the
los fondos provenientes, a opción del Prestador, a restaurar o reparar la

Property or to the sums secured by this Mortgage.----------------------
Propiedad o al pago de las sumas aseguradas por esta Hipoteca.-----------

--------Unless Lender and Borrower otherwise agree in writing,
-----------A menos que el Prestador y el Deudor acuerden lo contrario por escrito,

any such application of proceeds to principal shall not extend or post-
dicha aplicación de fondos a principal no extenderá o pos-

pone the due date of the monthly installments referred to in
pondrá la fecha de vencimiento de los plazos, mensuales a los cuales se refieren los

paragraphs 1 and 2 hereof or change the amount of such installments.
párrafos 1 y 2 de la presente, ni cambiará el monto de dichos plazos.

----10. Borrower Not Released. Extension of the time for payment or
----10. Deudor no queda Relevado. Ni la prórroga de la fecha de pago, ni

modification of amortization of the sums secured by this Mortgage
la modificación de la amortización de las sumas aseguradas por esta hipoteca

granted by Lender to any successor in interest of Borrower shall not be
concedidas por el Prestador a cualquier sucesor en título, constituirá

a novation of this Mortgage nor operate to release, in any manner, the
una novación de esta Hipoteca ni relevará, en forma alguna,

liability of the original Borrower and Borrower's successors in interest
al Deudor original ni a los sucesores en título del Deudor de responsabilidad.

Lender shall not be required to commence proceedings against such
No se requerirá del Prestador que comience procedimientos contra tal

successor or refuse to extend time for payment or otherwise modify
sucesor, ni qué rehuse extender la fecha de pago o de otra forma modifique

amortization of the sums secured by this Mortgage by
la amortización de la sumas garantizadas por esta Hipoteca por

reason of any demand made by the original Borrower and
razón de cualquier exigencia del Deudor original y

Borrower's successors in interest.--------------------------------------
los sucesores del Deudor.-----------------------------------------------

--------11. Forbearance by Lender Not a Waiver. Any
--------11. Indulgencia de Morosidad por Prestador no Contituye Renuncia. Cualquier

12

Forbearance    by    Lender    in    exercising    any
indulgencia  de  morosidad concedida por el Prestador en el ejercicio de cualquier

right or remedy hereunder, or otherwise afforded by applicable law,
derecho o remedio bajo la  presente o de otro modo concedida por ley aplicable,

shall not be a waiver of or preclude the exercise of any right or remedy.
no constituirá una renuncia ni impedirá el ejercicio de cualquier derecho o remedio.

The procurement of insurance or the payment of taxes or other liens or
La  obtención  de  seguros,  o  el  pago de contribuciones u otra carga o

charges by Lender shall not be a waiver of Lender's right  to
gravámen, por el Prestador no constituirá renuncia del derecho del Prestador a

accelerate the maturity of the indebtedness secured by this Mortgage.
acelerar  el vencimiento de la deuda garantizada por esta  Hipoteca.----

--12. Remedies Cumulative. All remedies provided in this Mortgage -
---12. Remedios Cumulativos. Todos los remedios dispuestos en esta Hipoteca---

are distinct and cumulative to any other right or remedy under
son independientes de, y cumulativos a, cualquier otro derecho o remedio bajo

this Mortgage or afforded by law or equity, and may be exercised con--
esta hipoteca u ofrecido por ley o equidad, y podrán ser ejercidos con----

currently, independently or successively.--------------------------
currentemente, independientemente o sucesivamente----------

------13. Successors and Assigns Bound; Joint and Several, Liability;-
------13. Sucesores y Cesionarios Obligados; Responsabilidad Solidaria;

Captions. The covenants and agreements herein contained shall bind,
Títulos. Los pactos y convenios contenidos en la presente obligarán,

and the rights hereunder shall inure to the respective successors
y los  derechos concedidos bajo la  presente beneficiaran a los sucesores

and assigns of Lender and Borrower, subject to the provisions
y cesionarios respectivos del Prestador y del Deudor, sujeto a las disposiciones

of paragraph 17 hereof. All covenants and agreements of Borrower
del párrafo 17 de la presente. Todos los convenios del Deudor

shall be joint and several. The captions and headings of the paragraphs
serán    solidarios.    Los    títulos y  epígrafes  de los  párrafos

of this Mortgage are for convenience only and are not to be used
de esta Hipoteca son para conveniencia únicamente y no serán usados

to interpret or define the provisions hereof.--------------------------
pára interpretar las disposiciones de la presente----------------

--14. Notice. Except for any notice required under applicable----------
--14.   Notificación. Excepto por cualquier notificación que la ley aplicable

law to be given in another manner, (a) any notice to Borrower provided
requiera  sea  dada de otra manera, (a) toda notificación al Deudor dispuesta

for in this Mortgage shall be given by mailing such notice by certified
en  esta Hipoteca  será dada enviando dicha notificación por correo certificado

mail addressed to Borrower at the Property Address or at such other
dirigida al Deudor a la Dirección de la Propiedad o a cualquier otra

address as Borrower may designate by notice to Lender as provided
dirección que el Deudor designe por  notificación al Prestador según indicado

13

herein, and (b) any notice to Lender shall be given by certified mail,
en la presente, y (b) toda notificación al Prestador será dada por correo certificado

return receipt requested, to Lender's address stated herein or to such
con acuse de recibo a la Dirección del Prestador indicada en la presente o a cualquier

other address as Lender may designate by notice to Borrower as
otra dirección que el Prestador designe por notificación al Deudor según

provided herein. Any notice provided for in this Mortgage
indicado en la presente. Se considerará dada cualquier notificación al Prestador

shall be deemed to have been given to Borrower or Lender when given
o al Deudor si se da————————————————————

in the manner designated herein.————————————
en la manera dispuesta en la presente.———————————

-----15. Uniform Mortgage; Governing Law; Severability. This form of
-----15. Hipoteca Uniforme, Ley que Rige; Separabilidad. Esta forma de

mortgage was developed from mortgage instruments prepared for
hipoteca fue desarrollada a base de instrumentos hipotecarios preparados para

use throughout the United States of America with limited variations
uso a través de los Estados Unidos de América con cambios limitados

by jurisdiction to constitute a uniform security instrument
por jurisdicción con el propósito de constituir un instrumento uniforme de garantía

covering real property. This Mortgage shall be governed by the law of
inmobiliaria. Esta Hipoteca será regida por la ley de

the jurisdiction in which the Property is located. In the event that any
la jurisdicción en la cual está localizada la Propiedad. En caso de que cualquier

provision or clause of this Mortgage or the Note conflicts with
disposición o cláusula de esta Hipoteca o del Pagaré conflija con

applicable law, such conflict shall not affect other provisions of this
la ley aplicable, dicho conflicto no afectará otras disposiciones de esta

Mortgage or the Note which can be given effect without the
Hipoteca o del Pagaré a las cuales pueda darse efecto sin la———

conflicting provision, and to this end the provisions of the Mortgage
disposición conflictiva y, a tal fin, las disposiciones de esta Hipoteca

and the Note are declared to be severable.——————————
y del Pagaré son declaradas separables.————————————

--16. Borrower's Copy. Borrower shall be furnished a conformed copy
--16. Copia del Deudor. El Deudor será suplido con una copia concordante

of the Note and of this Mortgage within seven (7) days of the date of
del Pagaré y de esta Hipoteca dentro de siete (7) días a partir de la fecha del

execution hereof.————————————————————
otorgamiento de la presente.————————————————

---17. Transfer of the Property; Assumption. If all or any part of the ---
----17. Transferencia de Propiedad; Asunción. Si toda o parte de la

Property or an interest therein is sold or transferred by Borrower
Propiedad, o un interés en la misma, es vendido o transferido por el Deudor

without Lender's prior written consent, excluding (a) the creation
sin el consentimiento previo por escrito del Prestador, excluyendo (a) la creación





14

of a lien or encumbrance subordinate to this Mortgage, (b) the crea-
de una carga o gravámen subordinada a esta Hipoteca, (b) la crea-

tion of a purchase money security interest for household appliances,
ción de una garantía del precio de compraventa de enseres del hogar,

(c) a transfer by devise or descent or (d) the grant of any
(c) una transferencia por legado o herencia, o (d) la concesión de un

leasehold interest of three years or less not containing an option
derecho de arrendamiento de tres años o menos que no contenga una opción

to purchase, Lender may, at Lender's option, declare all the sums
de compra, el Prestador podrá, a opción del Prestador, declarar todas las sumas

secured by this Mortgage to be immediately due and payable. Lender
aseguradas por esta Hipoteca inmediatamente vencidas y pagaderas. El Prestador

shall have waived such option to accelerate if, prior to the sale or
habrá renunciado tal derecho de aceleración si antes de la venta o

transfer, Lender and the person to whom the Property is to be sold
transferencia el Prestador y la persona a quien la Propiedad ha de ser vendida

or transferred reach agreement in writing that the credit of such
o transferida lleguen a un acuerdo por escrito a efectos de que el crédito de dicha

person is satisfactory to Lender and that the interest payable on
persona es satisfactorio al Prestador y de que el interés pagadero

the sums secured by this Mortgage shall be at such, rate as
sobre las sumas aseguradas por esta Hipoteca será al tipo que

Lender shall request. The waiver of the option to accelerate
requiera el Prestador. La renuncia por el prestador a la opción de aceleración

provided in this paragraph 17 by Lender shall not be interpreted as a
dispuesta en este párrafo 17 no será interpretada como un

release from Borrower's obligations under this Mortgage and the Note.
relevo de las obligaciones del Deudor bajo esta Hipoteca y el Pagaré.

--------If Lender exercises such option to accelerate, Lender
--------Si el Prestador ejerce dicha opción de aceleración, el Prestador

shall mail Borrower notice of acceleration in accordance with
enviará por correo al Deudor notificación de aceleración de acuerdo con

paragraph 14 hereof. Such notice shall provide a pe-
las disposiciones del párrafo 14 de la presente. Dicha notificación concederá un pe-

riod of not less than thirty (30) days from the date
riodo de no menos de treinta (30) días a partir de la fecha de

the notice is mailed within which Borrower may pay the sums
envio por correo de la notificación durante el cual el Deudor podrá pagar las sumas

declared due. If Borrower fails to pay such sums prior to the
declaradas vencidas. Si el Deudor dejare de pagar dichas sumas antes de la

expiration of such period, Lender may, without further notice or
expiración de dicho período, el Prestador podrá, sin necesidad de notificación o

demand on Borrower, invoke any remedies permitted
requerimiento adicional al Prestador, invocar cualquiera de los remedios permitidos

by paragraph 18 hereof.------------------------------------------------
por el párrafo 18 de la presente.------------------------------------------------

15

--18. Accleration; Remedies. Except as provided in paragraph 17
---18. Aceleración; Remedios. Excepto según se dispone en el párrafo 17

hereof, upon Borrower's breach of any covenant or agreement of
de la presente, al incumplir el Deudor cualquiera de los pactos o convenios del

Borrower in this Mortgage, including the covenants to pay when due any
Deudor en esta Hipoteca, incluyendo los pactos de pagar a su vencimiento las

sums secured by this Mortgage, Lender prior to acceleration
sumas garantizadas por esta Hipoteca, el Prestador, antes de acelerar su vencimiento,

shall mail notice to Borrower as provided in paragraph 14
enviará por correo notificación al Deudor, según dispuesto en el párrafo 14

hereof specifying : (1) the breach; (2) the action re-
de la presente, especificando lo siguiente: (1) el incumplimiento; (2) la acción re-

quired to cure such breach ; (3) a date, not less
querida para subsanar dicho incumplimiento; (3) la fecha límite, que no será anterior

than thirty (30) days from the date the notice is mailed to Bor-
a treinta (30) días a partir de la fecha de envío por correo de la notificación al Deu-

rower, by which such breach must be cured; and (4)
dor, antes de la cual dicho incumplimiento deberá ser subsanado; y (4)

that failure to cure such breach on or before the date
una indicación de que dejar de subsanar dicho incumplimiento en o antes de la fecha

specified in the notice may result in acceleration
límite especificada en la notificación podrá resultar en la aceleración del vencimiento

of the sums secured by this Mortgage foreclosure by judicial proceeding
de las sumas garantizadas por esta Hipoteca, ejecución por la vía judicial

and sale of the Property. The notice shall further inform Borrower of the
y la venta de la Propiedad. La notificación informará al Deudor, además, de su

right to reinstate after acceleration and the right to assert
derecho a rehabilitación con posterioridad a la aceleración y de su derecho a aseverar

the non-existence of a default or any other defense of Borrower to
la inexistencia de incumplimiento o cualquier otra defensa del Deudor a la

acceleration and foreclosure in the foreclosure proceeding. If the breach
aceleración o ejecución en cualquier procedimiento de ejecución. Si el incumplimiento

is not cured on or before the date specified in the notice,
no es subsanado en o antes de la fecha límite especificada en la notificación.

Lender at Lender's option may declare all of the sums secured by
El Prestador, a opción del Prestador, podrá declarar todas las sumas garantizadas por

this Mortgage to be immediately due and payable without
esta Hipoteca inmediatamente vencidas y pagaderas sin necesidad de

further demand and may foreclose this Mortgage by judicial proceeding.
requerimiento adicional y podrá ejecutar esta Hipoteca por la vía judicial.

Lender shall be entitled to Collect in such proceeding all expenses of
El Prestador tendrá derecho a cobrar en dicho procedimiento todos los gastos de

foreclosure, including, but not limited to, attorney's fees, and costs of
ejecución, incluyendo, sin implicar limitación, honorarios de abogado, y el costo de

documentary evidence, abstracts and title reports.
evidencia documentaria, resúmenes y estudios de título.

16



------19. Borrower's Right to Reinstate. Notwithstanding -----
-------19. Derecho de Rehabilitación del Deudor. No empece-----------

Lender's acceleration of the sums secured by this Mortgage,
la aceleración por el Prestador de las sumas garantizadas por esta Hipoteca,

Borrower shall have the right to have any proceedings begun by
el Deudor tendrá derecho de paralizar cualquier procedimiento comenzado por

Lender to enforce this Mortgage discontinued at any time prior to
el Prestador para ejecutar esta Hipoteca en cualquier momento antes de

entry of a judgement enforcing this Mortgage if: (a) Borrower pays
que se dicte sentencia ejecutando esta Hipoteca si: (a) el Deudor paga

Lender all sums which would be then due under this Mortgage and
el Prestador todas las sumas que estuvieren vencidas bajo esta Hipoteca y

the Note including advances, if any, had no acceleration occured;
el Pagaré incluyendo adelantos, si algunos, de no haber ocurrido la aceleración;

(b) Borrower cures all breaches of any other covenants or
(b) el Deudor subsane todos los incumplimientos de cualesquiera otros pactos o

agreements of Borrower contained in this Mortgage; (c) Borrower pays
convenios del Deudor contenidos en esta Hipoteca; (c) el Deudor paga

all reasonable expenses incurred by Lender in enforcing the covenants
todos los gastos razonables incurridos por el Prestador en la ejecución de los pactos

and agreements of Borrower contained in this Mortgage and in enforcing
y convenios del Deudor contenidos en esta Hipoteca y en la ejecución

Lender's remedies as provided in paragraph 18 hereof, including,
de los remedios del Prestador dispuestos en el párrafo 18 de la presente, incluyendo

but not limited to, attorney's fees; and (d) Borrower takes such action
sin implicar limitación, honorarios de abogado; y (d) el Deudor toma aquella acción

as Lender may reasonably require to assure that the lien of
que el Prestador pueda razonablemente requerir para asegurar que el gravámen de

this Mortgage, Lender's interest in the Property and Borrower's obligation
esta hipoteca, el interés del Prestador en la Propiedad y la obligación del Deudor

to pay the sums secured by this Mortgage shall continue
de pagar la sumas garantizadas por esta Hipoteca continuarán inalteradas

unimpaired. Upon such payment, and cure by Borrower, this
adversamente. Al hacer el Deudor dicho pago y subsanar dicho incumplimiento, esta

Mortgage and the obligations secured hereby shall remain in full force
Hipoteca y las obligaciones garantizadas por la misma quedarán en completa fuerza

and effect as if no acceleration had occurred.------------------------
y vigor como si no hubiera ocurrido aceleración.--------------------------

------20. Assignment of Rent; Appointment of Receiver. As -
-------20. Cesión de Rentas; Designación de Síndico. Como--------

additional security hereunder. Borrower hereby assigns to Lender
garantía adicional, el Deudor por la presente cede al Prestador

the rents of the Property, provided that Borrower shall, prior to
las rentas de la Propiedad, disponiéndose que el Deudor, antes de

acceleration under paragraph 18 hereof or abandonment of the
aceleración de vencimiento bajo el párrafo 18 de la presente o abandono de la

17

Property, have the right to collect and retain such rents
Propiedad, tendrá el derecho de cobrar y retener dichas rentas

as they become due and payable.
según venzan y sean pagaderas.

—Upon acceleration under paragraph 18 hereof or abandonment of
------Al ocurrir una aceleración bajo el párrafo 18 de la presente o el abandono de

the Property, Lender shall be entitled to have a receiver appointed by a
la Propiedad, el Prestador tendrá derecho a que se designe por un

court to enter upon, take possession of and manage the Property and
tribunal un síndico que entre, tome posesión de y administre la Propiedad y

to collect the rents of the Property including those past due. All
que cobra las rentas de la Propiedad incluyendo las anteriormente vencidas. Todas

rents collected by the receiver shall be applied first to payment of the
las rentas cobradas por el síndico serán aplicadas primero al pago de los

costs of management of the Property and collection of rents, including,
gastos de administración de la Propiedad y del costo de las rentas incluyendo

but not limited to, receiver's fees, premiums on receiver's bonds
sin que implique limitación, a los honorarios del síndico, primas de la fianza del síndico

and attorney's fees, and then to the sums secured by this Mortgage.
y honorarios de abogado, y luego a las sumas garantizadas por esta Hipoteca.

The receiver shall be liable to account only for those rents
El síndico será responsable de rendir cuentas unicamente respecto a las rentas

actually received.
realmente recibidas.

----21. Release. Upon payment of all sums secured by this ----
-----21. Descargo. Una vez pagadas todas las sumas garantizadas por esta

Mortgage, Lender shall release and cancel this Mortgage at
Hipoteca, el Prestador descargará y cancelará esta Hipoteca por

Borrower's expense, or, at Borrower's option, endorse the Note-
cuenta del Deudor o, a opción del Deudor, endosará el Pagaré

"for cancellation only" without charge to Borrower.
"para cancelación unicamente" sin cargo al Deudor.

--FIFTH: The Property.
--QUINTO: La Propiedad.

-----The description of the mortgaged Property, together with---
-----La descripción de la Propiedad, junto con

all the structures, improvements now or hereafter
todas las estructuras, mejoras actuales o futuras

erected on the Property and all easements rights,
en la Propiedad y todas las servidumbres, derechos

appurtenances and rents, and all fixtures now and hereafter
pertenencias y rentas, y todos los muebles actualmente o en el

attached to the Property, all of which, including
futuro adheridos a la Propiedad, todos los cuales, incluyendo

replacements and additions thereto shall be
los que reemplacen o se le añadan, en el futuro serán



18

deemed to be and remain a part of the Property covered by this
considerados como parte de la Propiedad cubierta por esta-------
Mortgage, is:----------------------------------------------------------------
Hipoteca, es la siguiente:------------------------------------------------

---URBANA: parcela de terreno identificada como Lote "F" quince
(F-15) en el plano de inscripción localizado en la calle número uno
(1) de la Urbanización San Rafael, Barrio Tomás de Castro,
Municipio de Caguas, Puerto Rico, con una cabida superficial de
ciento noventa y ocho punto catorce metros cuadrados (198.14 m.c.).
Colindando por el Norte, en once metros lineales (11.00 m.l.), con la
Urbanización Villas de Castro; por el Sur, en once metros lineales
(11.00 m.l.), con la calle número uno (1); por el Este, en diecioche
punto cero dos metros lineales (18.02 m.l.), con el lote "F" guión
catorce (F-14); y por el Oeste, en dieciocho punto cero uno metros
lineales (18.01 m.l.), con el lote "F" guión dieciséis (F-16). Enclava
en este solar una estructura de hormigón reforzado y bloque de
concreto para fines residenciales con las facilidades usuales. Se
encuentra afecto a una servidumbre de paso a favor de la Autoridad
de Energía Eléctrica a lo largo de la colindancia Norte; el ancho de
la mismaes de tres punto ochenta y un metros (3.81 m). En la misma
colindancia Norte, el solar tiene un área de talud de treintidós punto
treintisiete metros cuadrados (32.37 m.c.). --------------------------------

---Finca número cuarenta y seis mil seiscientos diez (46,610) inscrita
al folio ciento noventa y ocho (198) del tomo mil trescientos quince
(1315) de Caguas, Registro de la Propiedad, Sección Primera de
Caguas.---------------------------------------------------------------------------

19

---Los comparecientes, sus sucesores, causahabientes por cualquier título vienen obligados a otorgar y suscribir toda clase de documentos públicos y/o privados que sean necesarios y requeridos para suplir cualquier omisión o detalle que deba aclararse, corregirse, enmendarse o adicionarse para que los actos que comprenden este instrumento público sean inscritos correctamente en el Registro de la Propiedad, incluyendo cualquier Acta Aclaratoria.---------------------------------------

---Las partes y el/la Notario tienen ante sí un estudio de título actualizado que señala la situación registral del inmueble, dado en garantía, manifestando ambas partes que conocen su contenido y que, de buena fe, descansan en la veracidad del mismo.------------

---NOTIFICACION DEL DERECHO DE CANCELACIÓN DE HIPOTECAS PREVIAS: Las partes con el presente otorgamiento reconocen que el Notario les ha explicado que de existir un(os) gravámen(es) hipotecario(s) que grava(n) el inmueble anteriormente descrito, se ha de emitir un cheque que debe ser entregado al Acreedor Hipotecario con el propósito de que se cancele(n) la(s) hipoteca(s) que grava(n) dicha propiedad. La expedición del cheque no constituye una garantía absoluta de que se pagará dicha deuda. Las partes, ya sea la Parte Compradora, o el Deudor Hipotecario (en caso de un refinanciamiento únicamente), tiene(n) derecho de exigir que la referida deuda sea pagada en este mismo acto y que de renunciar a dicho derecho, queda(n) advertido(s) y esta(n) consiente(s) de los riezgos y consecuencias de que no se haga dicho pago. Lo que implica que la propiedad que adquiere(n), o que refinancia(n), continuaría gravada por la hipoteca original. El Deudor Hipotecario se reafirma en su voluntad de continuar con la transacción contenida en este instrumento por lo que renuncia voluntaria y consientemente a la exigencia del pagare original en este acto, luego de haber sido advertido sobre el particular.-------





19-A

--SIXTH: Value of the Property.------------------------------------
---SEXTO: Valor de la Propiedad.-----------------------------------

------------Pursuant to the provisions of the Mortgage and
------------En cumplimiento de las disposiciones de la Ley

Property Registry Act of Puerto Rico, Lender and
Hipotecaria y del Registro de la Propiedad de Puerto Rico

Borrower value the Property at an amount equal to
el Prestador y el Deudor tasan la propiedad en

the original principal amount of the Note secured by
una cantidad equivalente al principal original del

this mortgage, which value shall serve as lowest
Pagaré garantizado por esta hipoteca, cuyo valor

bid at the first auction in the event of foreclosure.------------------
sirva como tipo mínimo en la primera subasta en caso de ejecución.------

--SEVENTH: Appearing Parties ("Borrower").------------------------
---SEPTIMO: Comparecientes ("Deudor")----------------------------

---LUZ MARIA        VAZQUEZ HERNANDEZ, Social -------

Security Number              ", of legal age, -----

single, property owner and resident of Caguas, ---

Puerto Rico;--------------------------------------------

-------------------------------------------------------

-------------------------------------------------------

-------------------------------------------------------

-------------------------------------------------------

-------------------------------------------------------

-------------------------------------------------------

-------------------------------------------------------

-------------------------------------------------------

-------------------------------------------------------

-------------------------------------------------------

TO ME THE NOTARY PERSONALLY KNOWN.-----------------

20

----EIGHTH: Lender. The Lender is------------------------------
----OCTAVO: Prestador. El Prestador es: ------------------------

--- DORAL BANK, "Social Security Number 66-038-7312" a

financial institution organized and existing under the "Laws of the

Commonwealth of Puerto Rico, with offices in San Juan; Puerto

Rico, represented by its agent RODNEY 'RODRIGUEZ

GONZALEZ, Social Security Number '        )", of legal age,

married, an executive and resident of Caguas, Puerto Rico, who

has the authority to appear in this deed in accordance with the

Corporate Resolution dated the twenty fourth (24) day of October,

two thousand three (2003), sworned before Notary Public Miguel

García Suárez, to me the notary personally known.------------------

------------------------------------------------------------------
------------------------------------------------------------------
------------------------------------------------------------------
------------------------------------------------------------------

---NINTH: Waiver of Homestead Rights. -----------------------------
---NOVENO: Renuncia de Hogar Seguro.-------------------------------

--------Borrower hereby waives, in favor of the Lender, to the -
--------El Deudor por la presente renuncia, a favor del Prestador, hasta el

fullest extent allowed by law, all homestead and similar rights
límite permitido por ley, todos sus derechos de hogar seguro y derechos similares

conferred upon Borrower by any law, including, without limitation,
conferidos al Deudor por cualquier ley incluyendo, sin implicar  limitación,

the provisions of the Puerto Rico Right of Homestead (31 L.P.R.A.
las disposiciones sobre Derecho de Hogar Seguro de Puerto Rico (31 L.P.R.A.

§ 1851-1857).----------------------------------------------------
§ 1851-1857).----------------------------------------------------

-------TENTH: Property Address. The Property Address shall be
--------DECIMO:  Dirección  de la Propiedad. La Dirección de la Propiedad será

the address stated in the Note as the property Address.-----------
la dirección indicada en el Pagaré como Dirección de la Propiedad.--------

-----------------------------ACCEPTANCE-----------------------------
----------------------------- ACEPTACION----------------------------

-The appearing parties accept this Deed in its entirety and I, the
----Los comparecientes aceptan esta escritura en su totalidad y yo, el

Notary, made to the appearing parties the necessary legal warnings
Notario, hice a los comparecientes las advertencias las advertencias pertinentes

concerning the execution of the same. I, the Notary, advised the
relativas a su otorgamiento. Yo, el Notario, advertí a las

21

appearing parties as to their right to have witnesses present at this
partes comparecientes de su derecho de tener testigos presentes a este

execution, which right they waived. The appearing parties having
otorgamiento, a cuyo derecho renunciaron. Habiendo los comparecientes

read this Deed in its entirety, fully ratify and confirm the
leído esta Escritura en su totalidad, la ratifican totalmente y confirman que las

statements contained herein as the true and exact embodiment of their
declaraciones contenidas en la misma reflejan fiel y exactamente sus

stipulations, terms and conditions. Whereupon the appearing parties
estipulaciones,. términos y condiciones. En cuya virtud los comparecientes

signed this Deed, before me, the Notary, and signed their initials on
firman esta Escritura ante mí, el Notario, y firman sus iniciales en

each and every page of this Deed.------- ------------------------------
todas y cada una de las páginas de esta Escritura: -------------------------

--I, the Notary, do hereby certify as to every thing stated and
--Yo, el Notario, por la presente certifico de todo lo declarado y

contained in this instrument.-------------------------------------------
contenido en este instrumento.-----------------------------------------

--I, the Notary, DO HEREBY ATTEST.-------------------------------------
--Yo, el Notario, DOY FE-----------------------------------------------

22



**ESTUDIO**

257,091

**CLIENTE**    : **FIRSTBANK PUERTO RICO**

**RE**    : /    **2577/**
**ARLINDA M. RIVERA/ DEPARTAMENTO QUIEBRA/**

**FINCA**    : Número 46,610, inscrita al folio 198 del tomo 1315 de Caguas.
Registro de la Propiedad de Puerto Rico, Sección I de Caguas.

## DESCRIPCION:

URBANA: Parcela de terreno identificada como Lote F-15 en el Plano de Inscripción localizado en la Calle número 1 de la Urbanización San Rafael, Barrio Tomas de Castro, Municipio de Caguas, Puerto Rico, con una cabida superficial de 198.14 metros cuadrados. Colindando: por el **NORTE**, en 11.00 metros lineales, con la Urbanización Villas de Castro; por el **SUR**, en 11.00 metros lineales, con la Calle número 1; por el **ESTE**, en 18.02 metros lineales, con el lote F-14; y por el **OESTE**, en 18.01 metros lineales, con el lote F-16.

Enclava en este solar una estructura de hormigón reforzado y bloque de concreto para fines residenciales con las facilidades usuales.

Se encuentra afecto a una servidumbre de paso a favor de la Autoridad de Energía Eléctrica a lo largo de la colindancia Norte; el ancho de la misma es de 3.81 metros. En la misma colindancia Norte, el solar tiene un área de talud de 32.37 metros cuadrados.

## ORIGEN REGISTRAL:

Se segrega de la finca número 41,429, inscrita al folio 203 del tomo 1,186 de Caguas.

## PLENO DOMINIO:

Consta inscrito al folio 224 del tomo 1683 de Caguas, a favor de **Luz María Vázquez Hernández, soltera**, quien adquirió por compraventa de José Manuel Vargas Reyes y su esposa Elfrida Muñiz Vélez, por precio de $80,000.00, mediante la escritura número 192, otorgada en San Juan, Puerto Rico, el día 29 de septiembre de 2004, ante el notario Fernando Luis Meléndez López., finca número 46,610, inscripción 2da.

## GRAVAMENES:

i. Por su procedencia está afecta a:

   a. Servidumbre a favor de la Autoridad de Energía Eléctrica de Puerto Rico.

   b. Servidumbre a favor de Autoridad de Comunicaciones de Puerto Rico.

   c. Condiciones restrictivas

2                                                                                    257,091

Continuación...
Finca número 46,610

ii. Por sí está afecta a:

    a.  Hipoteca en garantía de un pagaré a favor de Doral Bank, o a su orden, por la suma principal de $66,600.00, con intereses al 7.25% anual, vencedero el día 1 de octubre de 2034, constituida mediante la escritura número 193, otorgada en San Juan, Puerto Rico, el día 29 de septiembre de 2004, ante el notario Fernando Luis Meléndez López, e inscrita al folio 224 del tomo 1,683 de Caguas, finca número 46,610, inscripción 3ra.

    b.  Modificada la hipoteca de $66,600.00, la cual se cancela parcialmente en cuanto a la suma de $4,046.78, quedando reducida a $62,553.22 con vencimiento el día 1 de noviembre de 2043, según la escritura número 326, otorgada en San Juan, Puerto Rico, el día 31 de octubre de 2013, ante el notario Carlos Juan Mangual Santiago, e inscrita al folio 224 del tomo 1,683 de Caguas, finca número 46,610, inscripción 5ta.

## OBSERVACION:

Sentencia del día 28 de julio de 2008, expedida en el Tribunal de Primer Instancia, Sala de Ponce, en el Caso Civil número JCD-2808-0433, seguido por Universal Industrial Supplies, versus R y V Electrical; Pedro R. Rivera; Juan F. Vázquez; Elivette Álvarez; Luz Vázquez y Puertas del Mar, Inc., por la suma de $35,895.39, más intereses, y otros gastos y costas, presentado el día 27 de marzo de 2012, anotado al folio 51 del Libro de Registro de Sentencias número 3.

**No podemos precisar que la persona sentenciada y la titular en esta finca sean la misma persona.**

## REVISADOS:

Registro de Embargos del ELA, incluyendo los de la Ley número 12 del día 20 de enero de 2010; Contribuciones Federales; Sentencias; Bitácora Ágora y Electrónica.

**NOTA: Esta Sección tiene establecido un sistema computadorizado de Bitácoras. No nos hacemos responsables por errores y/u omisiones que cometa el Empleado del Registro en la entrada y búsqueda de datos en el mismo.**

This document is not a commitment to insure nor a Title Insurance Policy and should not be relied upon as such. For protection, Purchaser and Lender should require a Title Insurance Policy. If this document is used by someone other that the party requesting it, said person does so assuming any and all risks and liabilities. No title company other than the Title Security, Inc., is authorized to rely on this title study to issue a Title Insurance Commitment and/or Policy. Capital Title Services, Inc., is not liable to other title companies for error or omissions in this title report. ANY TITLE COMPANY OTHER THAN THE TITLE SECURITY GROUP, INC. THAT RELIES ON THIS TITLE STUDY TO ISSUE A TITLE COMMITMENT AND/OR INSURANCE POLICY DOES SO ASSUMING ANY AND ALL RISKS AND LIABILITIES. THE LIABILITY OF CAPITAL TITLE SERVICES, INC. IN CONNECTION WITH THIS TITLE REPORT IS LIMITED TO THE AMOUNT PAID FOR THIS TITLE REPORT ONLY WITH RESPECT TO THE CLIENT REFERRED TO IN THE HEADER OF THIS TITLE REPORT.

Este documento no es un compromiso para asegurar ni una póliza de Seguro de Título, por lo cual no ofrece seguridad alguna. Para obtener protección, debe requerir una póliza de Seguro de Título. Si este documento es utilizado por alguien que no sea el solicitante, lo hace bajo su propio riesgo y responsabilidad. Ninguna compañía de título que no sea The Title Security Group, Inc. está autorizada a utilizar este estudio para expedir una póliza de seguro de título. Capital Title Services, Inc., no es responsable ante otras compañías de título por errores u omisiones en este estudio de título. TODA COMPAÑÍA QUE NO SEA THE TITLE SECURITY GROUP, INC. QUE UTILICE ESTE ESTUDIO DE TITULO PARA EXPEDIR UNA POLIZA DE SEGURO DE TITULO, LO HACE BAJO SU PROPIO RIESGO Y RESPONSABILIDAD. LA RESPONSABILIDAD DE CAPITAL TITLE SERVICES, INC., ESTA LIMITADA A LA CANTIDAD PAGADA POR EL ESTUDIO DE TITULO Y SOLO CON RESPECTO AL CLIENTE DE REFERENCIA EN EL ENCABEZADO DE ESTE ESTUDIO DE TITULO.

Capital Title Services, Inc.

POR: *Ramón F. Gómez Marcos*

14 de enero de 2016
LR/jf/f

33 Calle Resolución, Suite 302
San Juan, PR 00920-2727
TEL: 787-707-7369
FAX: 787-782-6743



EXHIBIT IV

## Bankruptcy Request for Dismissal

| | | | | |
|---|---|---|---|---|
| Bankruptcy Case Number: | 15-05679 | | Chapter: | 13 |
| Filling Date: | 7/27/2015 | | Interest: | 7.25000 |
| Loan Number: | 2577 | | Principal Balance: | $ 61,032.43 |
| Due Date: | 5/1/2016 | | Monthly L/C: | $ 21.05 |

Attorney: Godreau & Gonzalez

Mortgator: Luz M. Vazquez Hernandez

Last post-petition installment reveived on    9/20/2015    applied to    5/1/2016

No post-petition payments have been made

Amount Due
Pre-Petition        $    567.56            Post-Petition    $    2,647.98

| Payment Due | | | | | | | |
|---|---|---|---|---|---|---|---|
| Due date | 5 | Pre-pet | | 1 | Post-pet | | 4 |
| | | | | | | | |
| Post Petition arrears: | 4 | Months at | $ | 434.12 | | $ | 1,736.48 |
| | | Months at | | | | $ | - |
| | | Months at | $ | - | | $ | - |
| Late Charges at: | | | | | | $ | 210.50 |
| Legal Cost: | | | | | | $ | 476.00 |
| Foreclosure fees: | | | | | | | |
| Inspection fees: | | | | | | $ | 225.00 |
| Bad Check fee: | | | | | | | |
| Other Charges: | | | | | | $ | - |
| Suspense | | | | | | | |
| | | | | | Total: | $ | 2,647.98 |

All reinstallment payments must be made up to the current month, including legal fees & late charges.

### Verified Declaration

I, the undersigned, declare under penalty of perjury that the amounts claimed by Movant in the foregoing Request for Dismissal, represents accurately the informacion kept in accounting books and records kept by Movant in the ordinary course of business. I further declare under penalty that I have read the foregoing Motion from the Automatic Stay and that facts alleged are true and correct to the best of my knowledge.

Name        Gloribel Rodriguez
            Bankruptcy Officer

This    23    day of    September    of    2016

IN RE:

CASE NO

Luz M. Vázquez Hernández

Q# 15-05679

Debtor(s)

CHAPTER: 13

## *VERIFIED STATEMENT*

I, _____ *Gloribel Rodriguez* _____ of legal age _____ *Married* _____ resident of

_____ *Carolina* _____ , Puerto Rico, state under penalty of perjury as follows;

That as to this date September 23, 2016 by search and review of the records

kept by _____ *First Bank* _____ in the regular course of business in regard to debtor

account with this bank there is no information that will lead the undersign to belief that

debtor is a service member either on active duty or under a call to active duty, in the

National Guard or as a commission officer of the Public Health Services or the National

Oceanic and Atmospheric Administration (NOAA) in active duty.

The bank has not received any written notice from debtor that his military status

has change.

That as part of my search I examined the following documents or records

available to me.

In testimony, wherefore I sign this document under penalty of perjuring in San

Juan, Puerto Rico on September 23, 2016

*Bankruptcy Clerk*



**Status Report**
**Pursuant to Servicemembers Civil Relief Act**

*EXHIBIT V*

Last Name: <u>VAZQUEZ  HERNANDEZ</u>

First Name: <u>LUZ</u>

Middle Name: <u>MARIA</u>

Active Duty Status As Of: <u>Oct-14-2016</u>

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

*Mary M. Snavely-Dixon*

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
4800 Mark Center Drive, Suite 04E25
Arlington, VA 22350

Reporting System Update database which is the official source of data on eligibility for military medical care and other eligibility systems.

Case 15-05679-MCF13    Doc#:19    Filed:10/18/16    Entered:10/18/16 10:08:41    Desc: Main
Document    Page 31 of 31

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. ý 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service via this URL: https://kb.defense.gov/PublicQueries/publicQuestions/FaqsAnswers.jsp?Subject=Locating Service Members or Getting a Mailing Addresss. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. ý 521(c).

This response reflects the following information: (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1). Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available. In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs). Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate. SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING: This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester. Providing erroneous information will cause an erroneous certificate to be provided.

## Certificate ID: B06EL9E1A411G80