# IN THE UNITED STATES BANKRUPTCY COURT
## District of Puerto Rico

| | |
|---|---|
| IN RE:<br><br>**LUZ MARIA VAZQUEZ HERNANDEZ**<br><br>xxx–xx–1737<br><br>Debtor(s)<br><br>**Firstbank PR**<br><br>Movant<br><br>**LUZ MARIA VAZQUEZ HERNANDEZ**<br>**ALEJANDRO OLIVERAS RIVERA**<br><br>Respondant(s) | Case No. **15–05679**<br><br>Chapter **13**<br><br><br><br>FILED & ENTERED ON 11/9/16 |

### *ORDER*

Upon respondent's failure to timely reply and oppose the motion for relief of stay filed by Firstbank PR, as required by Rule 4001 of the Federal Rules of Bankruptcy Procedure and PR LBR 4001–1(e), it is now,

ORDERED that the motion for relief of stay filed by Firstbank PR, docket entry #19, be and is hereby granted by default.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Wednesday, November 9, 2016 .

*/s/ Mildred Cabán*

Mildred Caban Flores
United States Bankruptcy Judge